10 CV 397 (Sc)

Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

*FILED MAY 1 2 2010 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A. Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. DANA P BROWN
2. _____

-VS-

**B. Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. KEVIN BRUN
2. LAWRENCE HALE
3. ROBERT BRUMSTEAD
4. JASON ZIOLKOWSKI
5. JOSEPH JANKOWSKI
6. Christopher Fitch

Sepreate Sheet Other 10 Defendants

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: DANA P BROWN 08B3561
Present Place of Confinement & Address: Clinton Correctional Facility P.O. Box 2001 Route 374 Cook ST Dannemora NY. 12929

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

DEFENDANTS CONTINUED

7. TIMOTHY EBERTH     C.O.
8. EDWARD NOWAK       C.O.
9. CRAIG YALKEREN     C.O.
10. STEAVE GOLAB      C.O.
11. RICHARD HARCROW   C.O.
12. DOUGLAS NOLAN     C.O.
13. CRAIG OLSZEWSKI   C.O.
14. STEAVE KUJAWSKI   C.O. *
15. RICHARD PISTNER   C.O.
16. THOMAS JUDASZ     C.O.
17. SUPERINTENDENT CONWAY
18. COMMISSIONER FISCHER
19. LT MURRAY

All defendants except Commissioner Fischer can be served at Attica Correctional Facility located at Attica NY. Exchange ST. Commissioner Fischer is located Albany NY ~~Empire State Campus~~ then the Harriman State Campus Building #2 Albany NY. 12226.

Plaintiff will need pictures to I.D. officer who placed baton against anus sexually last name ended SKI so 1 Steave Kujawski
2 Joseph Jankowski
3 Jason Zpolkowski
One of these 3 need photos of them

Disposition (check the statements which apply):

<u>Dismissed</u> (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ <u>Judgment</u> upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

### 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include <u>all</u> possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: __LAWRENCE HALE__
(If applicable) Official Position of Defendant: __CORRECTION OFFICER__
(If applicable) Defendant is Sued in __✓__ Individual and/or ____ Official Capacity
Address of Defendant: __ATTICA CORRECTIONAL FACILITY ATTICA N.Y. 14011 EXCHANGE ST__

Name of Defendant: __KEVIN BRUN__
(If applicable) Official Position of Defendant: __CORRECTION OFFICER__
(If applicable) Defendant is Sued in __✓__ Individual and/or ____ Official Capacity
Address of Defendant: __ATTICA CORRECTIONAL FACILITY ATTICA N.Y. 14011 EXCHANGE ST__

Name of Defendant: __ROBERT BRUMSTEAD__
(If applicable) Official Position of Defendant: __CORRECTION OFFICER__
(If applicable) Defendant is Sued in __✓__ Individual and/or ____ Official Capacity
Address of Defendant: __ATTICA CORRECTIONAL FACILITY ATTICA N.Y. 14011 EXCHANGE ST All NAMED CORRECTION OFFICERS AT ATTICA.__

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes __✓__ No ____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): __DANA BROWN__
   Defendant(s): __STATE OF NEW YORK INTENTIONAL TORT DOCS__
2. Court (if federal court, name the district; if state court, name the county): __COURT OF CLAIMS ALBANY N.Y. 12224__
3. Docket or Index Number: __117855__
4. Name of Judge to whom case was assigned: __UNASSIGNED__

2

5. The approximate date the action was filed: __12-29-09__

6. What was the disposition of the case?

    Is it still pending? Yes ✓ No ____

        If not, give the approximate date it was resolved. ____

    Disposition (check the statements which apply):

    ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ <u>Judgment</u> upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

**B.** Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes ____ No ✓

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): ____

    Defendant(s): ____

2. District Court: ____

3. Docket Number: ____

4. Name of District or Magistrate Judge to whom case was assigned: ____

5. The approximate date the action was filed: ____

6. What was the disposition of the case?

    Is it still pending? Yes ____ No ____

        If not, give the approximate date it was resolved. ____

STEVE KOJAWSKI (or) SEXUAL ACT

**A. FIRST CLAIM:** On (date of the incident) OCTOBER 1ST 2009,
defendant (give the **name and position held** of **each defendant** involved in this incident) LAWRENCE HALE ROBERT BRUMSTEAD KEVIN BRUN JASON ZIOLKOWSKI JOSEPH JANKOWSKI, CHRISTOPHER FITCH TIMOTHY EBERTH
did the following to me (briefly state what each defendant named above did): OFFICERS STRUCK THE PLAINTIFF IN THE FACE KNOCKING HIM TO THE FLOOR KICKING PUNCHING HIM BASHING FACE ON THE GROUND PULLING HAIR OUT OF HIS HEAD. EITHER JASON ZIOLKOWSKI OR JOSEPH JANKOWSKI PULLED PLAINTIFF PANTS DOWN PLACING BATON ON HIS ANUS AND THREATEND TO FUCK HIM. A FALSE REPORT WRITTEN BY LAWRENCE HALE INMATE IN SHU 9 MONTHS.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: CRUEL & UNUSUAL PUNISHMENT EXCESSIVE FORCE SEXUAL ASSAULT.

The relief I am seeking for this claim is (briefly state the relief sought): MONEY DAMAGES LIE DETECTOR TEST FOR CORRECTION OFFICERS CAMERAS PLACED IN ALL AREAS IN ATTICA FIRE OFFICERS DIRECTLY INVOLVED SUSPENSION OF THE REST 1 YEAR NO PAY.

**Exhaustion of Your Administrative Remedies for this Claim:**
Did you grieve or appeal this claim? ✓ Yes ___ No If yes, what was the result? NEGATIVE CLAIMS OF WRONGDOING BY STAFF
Did you appeal that decision? ✓ Yes ___ No If yes, what was the result? CORC IS IN AGREEMENT WITH DOCS A-56006-09 GRIEVANCE NO.

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: DID EXHAUST TRANSFER BY DOCS LOST PAPERS AM OBTAINING COPIES THROUGH DISCOVERY.

---

**A. SECOND CLAIM:** On (date of the incident) OCT 20TH 2009,
defendant (give the **name and position held** of **each defendant** involved in this incident) SUPERINTENDENT CONWAY, COMMISSIONER FISCHER, LT MURRAY

5

DUE PROCESS VIOLATIONS

did the following to me (briefly state what each defendant named above did): A TIER III HEARING WAS COMPLEATED IN VIOLATION OF DUE PROCESS & THE OVERWHELMING EVIDENCE THAT OFFICERS DID ASSAULT INMATE & FABRICATED MISBEHAVIOR REPORT AND USED CONFLICTING TESTIMONY & WRONG DOCUMENTS ALL CLAIMMING DIFFERENT STORIES & SOMEONE ELSE ID NUMBER IN BODY OF REPORT. LT MURRAY SUPT CONWAY & COMMISSIONER FISCHER UPHELD HEARING

The constitutional basis for this claim under 42 U.S.C. § 1983 is: CRUEL and UNUSUAL PUNISH MENT EXCESSIVE FORCE SEXUAL ASSAULT.

The relief I am seeking for this claim is (briefly state the relief sought): MONEY DAMAGES, CAMERAS INSTALLED THROUGHOUT ATTICA. FIRE OFFICERS INVOLVED IN ASSAULT DIRECTLY. SUSPENSION OF BYSTANDERS.

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes ___ No If yes, what was the result? AFFIRMED DECEMBER 2 2009

Did you appeal that decision? ___ Yes ___ No If yes, what was the result? ___

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: ___

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

12.5 million for excessive force sexual assault mental anguish. The firing of officers directly involved & suspension of bystanders 1 year. Cameras placed throughout Attica. Order of protection for Plaintiff. Due process violation by placing inmate in segreation S.H.U.

Do you want a jury trial? Yes___ No ✓

* PERMINANT RIGHT EYE DAMAGE DUE TO 10-1-09 BLUNT TRUMA TO EYE SEEN 2-11-10 CLINTON BY EYE SPECIALIST.
BEING TREATED POST TRAUMATIC STRESS DISORDER MENTAL HEALTH

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___JANUARY 10TH 2010___
               (date)

**NOTE:** ***Each*** *plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

Signature(s) of Plaintiff(s)