UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DANA P. BROWN,

                          Plaintiff,

                                                              ORDER
         v.                                          10-CV-397

KEVIN BRUN, et al.,

                          Defendant.

       The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On March 11, 2011, Magistrate Judge filed a Report and Recommendation, recommending that the plaintiff's motion for default judgment should be denied as prematurely filed.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, plaintiff's motion for default judgment is denied as prematurely filed.

       The case is referred back to Magistrate Judge Scott for further proceedings.

       SO ORDERED.

                                                    *s/ Richard J. Arcara*
                                                  HONORABLE RICHARD J. ARCARA
                                                  UNITED STATES DISTRICT JUDGE

DATED: April 6, 2011